**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6743**

CHARLES D. JACKSON, JR.,

Plaintiff - Appellant,

v.

M. WADE, Sheriff/Head of jail; A. GREGORY, Chief/Head of operations;
DISMUKE, Captain/Head of security,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria. Leonie M. Brinkema, District Judge. (1:19-cv-01158-LMB-IDD)

Submitted: September 14, 2021                    Decided: September 20, 2021

Before THACKER and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit
Judge.

Affirmed as modified by unpublished per curiam opinion.

Charles Deland Jackson, Jr., Appellant Pro Se.  Simone T. Williams, Leslie A.
Winneberger, HARMAN CLAYTOR CORRIGAN & WELLMAN, Glen Allen, Virginia,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles D. Jackson, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court, *Jackson v. Wade*, No. 1:19-cv-01158-LMB-IDD (E.D. Va. Mar. 31, 2021), but modify the court's order to reflect that the dismissal is without prejudice. We deny Jackson's motions for appointment of counsel and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*